IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DELLA FROST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil No. 6:24-CV-419-GLJ |
| **LELAND DUDEK,** | ) |
| Acting Commissioner | ) |
| of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## **OPINION AND ORDER**

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon consideration, the Court finds Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 17] should be GRANTED.

Accordingly, this Court hereby **REVERSES** the Commissioner's decision under Sentence four of 42 U.S.C. § 405(g) with **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993)

---

[1] On February 16, 2025, Leland Dudek became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Mr. Dudek is substituted for Michelle King as the Defendant in this action.

**IT IS SO ORDERED** this 4th day of March 2025.

_____
**GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**